AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 11 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Jose Hernandez (1),<br>Jaime Rodriguez (2), and<br>Natalie Mendez (3)<br>*Defendant(s)* | Case No. 5:19-MJ-1184 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 10, 2019 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii) | Conspiracy to Possess with Intent to Distribute 500 grams or more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine.<br><br>PENALTIES: 10 years to LIFE imprisonment; $10,000,000 fine, Minimum mandatory 5 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Bryan J. Smith, DEA Task Force Officer
*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 10/11/2019

_____
Judge's signature

City and state: San Antonio, Texas

Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

On October 10, 2019, members of DEA Task Force Group D54 and the Bexar County Sheriff Narcotics Unit worked in conjunction with each other to execute a state search warrant at the residence of Jose HERNANDEZ located on Shadywood Lane, San Antonio, Texas. Once the location was secure, HERNANDEZ' wife was located at the residence, but HERNANDEZ was not. During a search of the residence, a Smith & Wesson .40 caliber semi-automatic handgun bearing serial #DSE3165 with a fifty (50) round drum, a Smith & Wesson .40 caliber semi-automatic handgun bearing serial #TAT7160, and a Regent .45 caliber semi-automatic handgun bearing serial #11Y04133 with two (2) extended magazines were recovered. The Regent .45 caliber semi-automatic handgun was confirmed stolen. Also recovered inside the refrigerator was approximately 16 grams of THC wax.

Case agents continued the investigation and were able to locate HERNANDEZ in the area of IH10 & Vance Jackson Rd in San Antonio, Texas. During the course of surveillance, HERNANDEZ was observed walking with Natalie MENDEZ to Room #231 of the Days Inn Motel located at the corner of IH 10W & Vance Jackson. A short time later, HERNANDEZ was observed driving a black in color Chrysler 300 sedan from the motel.

Case agents made contact with HERNANDEZ. TFO Bryan Smith and GS Eric Putnam read HERNANDEZ his Miranda Rights, which HERNANDEZ stated he understood. TFO Smith and GS Putnam advised HERNANDEZ of the execution of the search warrant at his residence and told HERNANDEZ about the recovered THC wax and firearms. HERNANDEZ was told he was not under arrest and was free to leave at any time. HERNANDEZ agreed to cooperate with law enforcement because HERNANDEZ did not want his wife to get charged with the THC wax and stolen firearm.

HERNANDEZ was in possession of a large amount of US Currency and three (3) cellular phones, one (1) of which HERNANDEZ stated belonged to his friend "Jaime", later identified as Jaime RODRIGUEZ. TFO Smith asked HERNANDEZ where RODRIGUEZ was. HERNANDEZ stated that RODRIGUEZ was in the area.

At this time, TFO Chris Martinez, TFO David Ricks, and SA David Galvan walked to the area of Room #231. Upon waiting near Room #231, TFO Martinez and SA Galvan observed an individual watching TFO Smith and GS Putnam interviewing HERNANDEZ. That individual then walked to Room #231 and inserted his keycard. TFO Martinez and SA Galvan identified themselves to that individual and asked if Room #231 belonged to him. That individual indicated Room #231 was under his name. TFO Martinez and SA Galvan asked that individual for consent to search Room #231, and he gave consent to search Room #231.

Upon opening the front door of Room #231, TFO Martinez and SA Galvan observed RODRIGUEZ standing with his back facing them and facing a counter near the back of the motel room next to the bathroom. In plain view on top of the counter, TFO Martinez and SA Galvan observed multiple clear plastic wrapped bundles each containing a crystal-like substance that due to their training and experience believed to be crystal methamphetamine. RODRIGUEZ

1

was taken into custody and was found to have a M&P 9mm semi-automatic handgun bearing serial #LEY2826 in his pocket.

Also, in Room #231, were MENDEZ and another female. TFO Martinez and SA Galvan read RODRIGUEZ, MENDEZ and the other individuals their Miranda Rights, which each stated they understood their rights.

Bexar County K9 Deputy Jarrod Tubbs and his canine partner, Rocket, conducted a search of Room #231 for additional narcotics. According to Deputy Tubbs, Rocket, recovered additional crystal methamphetamine within a natural void of the same counter where the previous crystal methamphetamine had been recovered.

TFO Smith and GS Putnam continued interviewing HERNANDEZ, Post Miranda. HERNANDEZ stated that he was selling ounce to kilogram quantities of crystal methamphetamine to his customers from Room #231. After the drug transactions were concluded, HERNANDEZ would take the drug proceeds inside Room #231.

TFO Smith and SA Galvan interviewed RODRIGUEZ, Post Miranda. RODRIGUEZ stated his sister, MENDEZ was HERNANDEZ's girlfriend and that RODRIGUEZ, HERNANDEZ, MENDEZ, and two others had driven in the black Chrysler 300 sedan downtown near Guadalupe Street in San Antonio, Texas earlier the same date. According to RODRIGUEZ, HERNANDEZ met with an unknown Hispanic male and HERNANDEZ received the kilograms of crystal methamphetamine that were recovered in Room #231. RODRIGUEZ, and two others rode in the back seat of the Chrysler 300 with the kilograms of crystal methamphetamine as HERNANDEZ drove and MENDEZ was the front seat passenger. According to RODRIGUEZ, they all drove to the Days Inn Motel and entered Room #231. RODRIGUEZ stated that HERNANDEZ told the individual who rented the room to put Room #231 under his name.

Upon consent to search MENDEZ's cellular phone, text messages were observed where MENDEZ was sending pictures of the kilograms of crystal methamphetamine and prices for crystal methamphetamine to her customers.

The crystal methamphetamine had a total gross approximate weight of 4,373.4 grams and field tested positive for methamphetamine.

HERNANDEZ, RODRIGUEZ, and MENDEZ were all transported to the GEO Federal Holding Facility pending their initial hearings.

All evidence was transported to the DEA SADO where it was entered into the Drug and Non-Drug evidence vault for safekeeping.

_____
Bryan J. Smith, Task Force Officer
DEA

Subscribed and sword to before me this __11th__ of October, 2019.

_____
HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE